# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 20-11157 (CSS) |
| Exide Holdings, Inc., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | |
| Peter Kravitz, as GUC Trustee | ) | |
| of the GUC Trust of Exide Holdings, | ) | |
| Inc., et al., | ) | |
| | ) | |
| Plaintiff, | ) | Adv. No. See Exhibit "A" |
| v. | ) | |
| | ) | |
| Defendants Listed on Exhibit "A", | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the Order to Show Cause docketed against Plaintiff is hereby withdrawn.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Dated: October 6, 2021